** SELLING PROPERTY — SCHOOL DISTRICT — ABANDONED SCHOOL BUILDING ** A BOARD OF EDUCATION OF A SCHOOL DISTRICT DOES HAVE THE RIGHT TO SELL AN "ABANDONED" SCHOOL BUILDING, BELONGING TO THE DISTRICT, "OTHER THAN BY PUBLIC AUCTION". IT IS THE OPINION THAT SUCH BUILDING MAY BE SOLD IN ANY REASONABLE MANNER THE BOARD OF EDUCATION BELIEVES WILL BRING THE HIGHEST PRICE FOR THE BUILDING. (COMPETITIVE BIDDING) CITE: 70 O.S. 4-22 [70-4-22], 70 O.S. 7-4 [70-7-4] 70 O.S. 7-6 [70-7-6] (J. H. JOHNSON)